1  CENTER FOR DISABILITY ACCESS
   Raymond Ballister Jr., Esq., SBN 111282
2  Phyl Grace, Esq., SBN 171771
   Russell Handy, Esq., SBN 195058
3  Dennis Price, Esq., SBN 279082
   Mail: PO Box 262490
4  San Diego, CA 92196-2490
   Delivery: 9845 Erma Road, Suite 300
5  San Diego, CA 92131
   (858) 375-7385; (888) 422-5191 fax
6  phylg@potterhandy.com

7  Attorneys for Plaintiff, Chris Langer

8              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
9

10 | CHRIS LANGER,              ) Case No.: 2:19-CV-02022-MWF-AS
11 |     Plaintiff,              )
   |                             ) **NOTICE OF SETTLEMENT AND**
12 |   v.                        ) **REQUEST TO VACATE ALL**
   |                             ) **CURRENTLY SET DATES**
13 | BOURGET BROS. BUILDING      )
   | MATERIALS, INC., a California )
14 | Corporation; and Does 1-10, )
   |                             )
15 |     Defendants.             )

16 _____

17      The plaintiff hereby notifies the court that a global settlement has been reached in
18 the above-captioned case and the parties would like to avoid any additional expense,
19 and to further the interests of judicial economy.
20      The plaintiff, therefore, applies to this Honorable Court to vacate all currently set
21 dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all
22 parties will be filed within 60 days.

23 Dated: May 27, 2019          CENTER FOR DISABILITY ACCESS

24
25                              By: /s/ Chris Carson  _____
                                    Chris Carson
26                                  Attorneys for Plaintiff

27
28